**IAFRATE & ASSOCIATES**
649 North 2nd Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
David Eichman, #019447

Attorneys for **Defendant City of Glendale, Detective Laura Beeler and Officer Jimmy Carlo**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL WAYNE COFFELT, | NO. CV 04-1384-PHX-JWS |
| Plaintiff, | **DEFENDANTS CITY OF GLENDALE, DETECTIVE LAURA BEELER AND OFFICER JIMMY CARLO'S MOTION TO STRIKE REPLY TO OPPOSITION TO PLAINTIFF'S MOTION IN LIMINIE TO EXCLUDE TESTIMONY OF PURPORTED EXPERT RON MCCARTHY** |
| v. | |
| GLENDALE POLICE DEPARTMENT; CITY OF GLENDALE; et al., | |
| Defendants. | |

Defendants City of Glendale, Detective Laura Beeler and Officer Jimmy Carlo, Move to Strike Reply to Opposition to Plaintiff's Motion in Limine to Exclude Testimony of Purported Expert Ron McCarthy ("Reply"). Defendants support their Motion with the following Memorandum of Points and Authorities.

/ / /

/ / /

/ / /

1

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff filed a Reply to Defendants' Response to Plaintiff's Motion in Limine to Exclude Testimony of Purported Expert Ron McCarthy. [Dkt. # 146.] Federal Rules of Civil Procedure do not specifically provide for Motions in Limine. In 2004, Arizona added Rule 7.2 to the Arizona Rules of Civil Procedure to set some parameters for motions in limine because although the rules did not provide for them, parties frequently file the pretrial motions. In setting these parameters, Arizona state courts disallow replies to Motions in Limine. *See* Ariz. R. Civ. P. 7.2(c). Parties use Motions in Limine principally to obtain pretrial rulings; they are not opportunities for extended legal argument. Because the federal rules do not contemplate replies to Motions in Limine, the Court should strike Reply to Opposition to Plaintiff's Motion in Liminie to Exclude Testimony of Purported Expert Ron McCarthy.

**DATED** this 18th day of June 2007.

**IAFRATE & ASSOCIATES**

By:   s/Michele M. Iafrate
Michele M. Iafrate
Attorney for **Defendant City of Glendale, Detective Laura Beeler, and Officer Jimmy Carlo**

**ORIGINAL** of the foregoing electronically filed this 18th day of June 2007, with:

Clerk of the Court
United States District Court
401 W. Washington
Phoenix, Arizona 85003

**COPY** of the foregoing mailed
this <u>19th</u> day of June 2007, to:

The Honorable John W. Sedwick
United States District Judge
Sandra Day O'Connor U.S. Courthouse, Ste. 130
401 W. Washington, SPC 1
Phoenix, Arizona 85003-2120

**COPY** of the foregoing mailed
this <u>19th</u> day of June 2007, to:

Cameron A. Morgan, Esq.
4295 N. 75th Street
Scottsdale, Arizona 85251
Attorney for **Plaintiff**

Richard Schonfeld
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, NV  89101-6593
Attorney for **Plaintiff**

Cal J. Potter, III
Potter Law Offices
1125 Shadow Ln.
Las Vegas, NV 89102
Attorney for **Plaintiff**


By:   s/Jill Lafornara