RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Fax: (702) 598-1425

CAL J. POTTER, III, Esq.
Nevada Bar No. 1988
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: 702-385-1954
Fax: 702-385-9081

CAMERON A. MORGAN, ESQ.
Arizona Bar No. 6709
4295 N. 75th Street
Scottsdale, Arizona 85251
Tel: 480-990-9507
Fax: 480-990-9509


Attorneys for Plaintiff
MICHAEL COFFELT

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL WAYNE COFFELT<br><br>Plaintiff,<br>v.<br><br>GLENDALE POLICE DEPARTMENT;<br>CITY OF GLENDALE; PHOENIX<br>POLICE DEPARTMENT; CITY OF<br>PHOENIX; SPECIAL AGENT JAY DOBYNS,<br>AGENT JOE SLATELLA #2791,<br>LAURA BEELER, and J. Carlo, individually<br>and as officers of the Glendale Police Department;<br>DOES I through X inclusive; and ROE<br>CORPORATIONS I through X, inclusive<br><br>Defendants. | Case No. 04-CV-1384 PHX (JWS)<br><br>OPPOSITION TO MOTION TO STRIKE RESPONSE TO OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF PURPORTED EXPERT RON MCCARTHY |

## PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE RESPONSE TO OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF PURPORTED EXPERT RON MCCARTHY

Comes Now, Plaintiff, MICHAEL COFFELT, by and through his counsel of record, Richard A. Schonfeld, Cal Potter, and Cameron Morgan and hereby files his Opposition to Motion to Strike Response to Opposition to Plaintiff's Motion in Limine to Exclude Testimony of Purported Expert Ron McCarthy.

This Opposition is made and based upon the attached Memorandum of Points and Authorities, the papers and pleadings on file herein, and any and all argument which may be heard

DATED this 19th day of June, 2007.

Respectfully Submitted:

_____
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Fax: (702) 598-1425

## MEMORANDUM OF POINTS AND AUTHORITIES

## LEGAL ARGUMENT

Defendants claims that Plaintiff should not be permitted to file a Reply to their Opposition to the Motions in Limine. Defendants cite no Federal Rule nor any Local Rule that would apply to this Honorable Court. Rather, Defendant cites an Arizona state court rule their proposition.

Defendants completely ignore Arizona District Court Local Rule of Civil Procedure 7.2(d), a copy of which is attached hereto as Exhibit A for reference, which provides:

> "LRCiv 7.2 MOTIONS...(d) Reply Memorandum. The moving party, unless otherwise ordered by the Court, shall have five (5) days after service of the responsive memorandum to file a reply memorandum if that party so desires."

In the instant case this Honorable Court did not "otherwise order" and the Replies that Plaintiff chose to file were filed within five days of service of Defendants' Oppositions.

Accordingly, Plaintiff had every right to file the Replies and the instant Motion to strike is meritless.

DATED this __19th__ day of June, 2007.

Respectfully Submitted:

/s/ Richard A. Schonfeld

RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Fax: (702) 598-1425

1

# EXHIBIT "A"

## TO

## PLAINTIFF'S OPPOSITION TO MOTION TO STRIKE RESPONSE TO OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF PURPORTED EXPERT RON MCCARTHY

## CASE NO. 04-CV-1384 PHX (JWS)

# EXHIBIT "A"

## LRCiv 7.2
## MOTIONS[3]

(a) **Motions Shall be in Writing.** Motions Shall be in Writing. All motions, unless made during a hearing or trial, shall be in writing and shall be made sufficiently in advance of trial to comply with the time periods set forth in this Local Rule and any Court order and to avoid any delays in the trial.

(b) **Memorandum by Moving Party.** Except for a request for an award of attorney's fees pursuant to Rule 54.2(b), Local Rules of Civil Procedure, upon any motion, the moving party shall serve and file with the motion's papers a memorandum setting forth the points and authorities relied upon in support of the motion.

(c) **Responsive Memorandum.** The opposing party shall, unless otherwise ordered by the Court and except as otherwise provided by Rule 56 of the Federal Rules of Civil Procedure, and Rules 12.1, 54.2(b), and 56.1, Local Rules of Civil Procedure, have ten (10) days after service in a civil or criminal case within which to serve and file a responsive memorandum.

(d) **Reply Memorandum.** The moving party, unless otherwise ordered by the Court, shall have five (5) days after service of the responsive memorandum to file a reply memorandum if that party so desires.

(e) **Length of Motions and Memoranda.** Unless otherwise permitted by the Court, a motion including its supporting memorandum, and the response including its supporting

---

[3] The time periods prescribed in the Local Rules are to be computed in accordance with Rule 6, Federal Rules of Civil Procedure.